**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

**UNITED STATES OF AMERICA,**
            **Plaintiff,**

v.                                                                       Case No. 14-cv-978

**JEAN P. GILES,**
            **Defendant.**
_____

## DECISION AND ORDER

In August 2014, the United States filed this action against defendant Jean Giles requesting a civil judgment for debts owed to the U.S. Department of Education. In November 2014, the United States requested default judgment based on defendant's failure to appear, plead, or otherwise defend, and default judgment was entered against defendant on November 12, 2014. On November 26, 2014, defendant filed a pro se request to vacate the default judgment. I may set aside a default judgment for good cause. Fed. R. Civ. P. 55(c). Defendant states that she mistakenly responded to the Assistant U.S. Attorney prosecuting this case and did not know that she was supposed to write directly to the court. Given defendant's pro se status and the fact that no warnings were issued prior to the entry of default judgment, I find good cause to set aside the default judgment. Defendant must file an answer to plaintiff's complaint within 21 days of this order. Failure to do so may result in another default judgment.

**THEREFORE, IT IS ORDERED** that plaintiff's request to set aside the default judgment (ECF No. 10) is **GRANTED** and the case is **REOPENED**. Plaintiff shall have 21 days to answer the complaint.

Dated at Milwaukee, Wisconsin, this 9th day of March, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge